UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTINA RETTELLE,
    Plaintiff,

-v-

GRETCHEN WHITMER, et al.,
    Defendants.

No. 1:19-cv-858

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the order entered on this date (ECF No. 7), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: December 2, 2019    /s/ Paul L. Maloney
                Paul L. Maloney
                United States District Judge